# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ANGUS ROBINSON**                                                                                     **PLAINTIFF**

**VS.**                                                                    **CAUSE NO. 4:07CV87 TSL-LRA**

**BELLSOUTH TELECOMMUNICATIONS, INC.**
**D/B/A AT&T MISSISSIPPI AND JOHN DOES 1--5**                                    **DEFENDANTS**

### AGREED ORDER AS TO PLAINTIFF'S MAXIMUM RECOVERABLE DAMAGES AND REMANDING CASE TO THE CIRCUIT COURT OF NEWTON COUNTY, MISSISSIPPI

The Court, having been advised that Plaintiff stipulates that his total damages of any type or kind whatsoever in this case do not exceed Seventy-Five Thousand Dollars ($75,000), that Plaintiff stipulates that he will never seek more than Seventy-Five Thousand Dollars ($75,000) as damages from the Defendants and/or any related or affiliated person or entity as a result of the subject matter of this case, that Plaintiff stipulates that he will never seek to amend the Amended Complaint to seek damages in excess of Seventy-Five Thousand Dollars ($75,000), and that, based on the foregoing stipulations, Plaintiff and Defendant BellSouth Telecommunications, Inc., which is the only Defendant to have been served, hereby agree to remand this case to the Circuit Court of Newton County, Mississippi, HEREBY ORDERS AS FOLLOWS: (1) Plaintiff's maximum recoverable total damages of any type or kind whatsoever in this case are capped at Seventy-Five Thousand Dollars ($75,000); and (2) this matter is remanded to the Circuit Court of Newton County, Mississippi for further proceedings consistent with this order.

1

2

        ORDERED this the 26th day of July, 2007.

              /s/Tom S. Lee
              TOM S. LEE
              UNITED STATES SENIOR DISTRICT COURT
              JUDGE

AGREED TO AND STIPULATED BY:

/s/Bill T. May
BILL T. MAY
ATTORNEY FOR PLAINTIFF

/s/Richard M. Dye
RICHARD M. DYE
ATTORNEY FOR BELLSOUTH TELECOMMUNICATIONS, INC.